UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ROBLEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>D. CASTILLO, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00276-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONTO PROCEED IN FORMA PAUPERIS AND REQUST FOR REVIEW OF COMPLAINT AS MOOT (ECF No. 10)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR REVIEW AND SERVICE OF COMPLAINT AS MOOT (ECF No. 11)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE PROCESS FOR SERVICE OF THE COMPLAINT AS MOOT (ECF No. 12) |

Plaintiff Adam Robledo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on February 28, 2014. He was granted in forma pauperis status on March 18, 2014. (ECF No. 7.)

On March 27, 2014, Plaintiff filed a motion to proceed in forma pauperis and a request for review and service of the complaint by the United States Marshal. (ECF No. 10.) On April 7, 2014, Plaintiff filed a motion requesting that the Court review and process his complaint for service by the United States Marshal. (ECF No. 11.) On May 8, 2014, Plaintiff filed a motion requesting that the Court expedite service of process by the United States Marshal. (ECF No. 12.)

1

On October 10, 2014, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. The screening order directs Plaintiff, within thirty days, to either file an amended complaint or notify the Court that he wishes to proceed only on the claims found to be cognizable. If Plaintiff chooses to proceed only on the cognizable claims, then the remaining defendants and claims will be dismissed, and the Court will provide Plaintiff with the requisite forms to complete and return so that service of process may be initiated. (ECF No. 14.)

As Plaintiff has been granted leave to proceed in forma pauperis and his complaint has been screened by the Court, Plaintiff's motions seeking in forma pauperis status and review and service of his complaint are now moot. Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis and request for review of complaint, filed on March 27, 2014, is DENIED as moot;
2. Plaintiff's motion for review and service of his civil rights complaint, filed on April 7, 2014, is DENIED as moot; and
3. Plaintiff's motion for order to expedite service of his complaint, filed on May 8, 2014, is DENIED as moot.

IT IS SO ORDERED.

Dated:   **October 10, 2014**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE